UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JUDY E. CROMBIE, | ) | Case No. C06-1278-RSM |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER DISMISSING CASE |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) ) ) | |
| Defendant. | ) ) | |

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is AFFIRMED, and this case is DISMISSED with prejudice.

(3) The Clerk of Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 17th day of August, 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE